## Clara A. Bransfield, Appellee, v. James F. Bransfield, Appellant.

### Gen. No. 41,605.

opinion filed May 19, 1941; rehearing denied June 4, 1941. John A. Sullivan, for appellant; Cummings & Wyman and Robert E. Cantwell, Jr., for appellee; Daniel P. Nagle and Robert E. Cantwell, Jr., of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''